## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ASHLEY BROUGHT,

            Plaintiff

     v.

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security,

            Defendant

:    No. 3:18cv788

:

:    (Judge Munley)

:

:    (Magistrate Judge Carlson)

:

:

:

:

:

## ORDER

AND NOW, to wit, this 13th day of June 2019 is **HEREBY ORDERED** as follows:

1) The magistrate judge's report and recommendation (Doc. 13) is

   **ADOPTED**;

2) The plaintiff's objections (Doc. 14) are **OVERRULED**;

3) The plaintiff's request for a new administrative hearing is **DENIED**; and

4) The Clerk of Court is directed to enter judgment in favor of the defendant

   and against the plaintiff and to close the case.

                **BY THE COURT:**

                s/ James M. Munley
                JUDGE JAMES M. MUNLEY
                United States District Court